**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**OMAR LOXKLEY HUGH MILLER,**

Petitioner,

v. Civil Action No. **3:26CV1426 (RCY)**

**JEFFREY CRAWFORD, *et al.*,**

Respondents.

**<u>MEMORANDUM ORDER</u>**
**(Directing Response to 28 U.S.C. § 2241 Petition)**

This matter comes before the Court on Petitioner Omar Loxkley Hugh Miller's ("Petitioner") Amended Petition for Writ of Habeas Corpus (hereinafter simply "Petition," ECF No. 3). Petitioner has paid the filing fee, and the Petition now complies with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S. District Courts.[1] The Court therefore **ORDERS** that the Petition is duly **FILED**. Service shall be made upon Respondents by electronically transmitting a copy of this Memorandum Order and the Petition to the United States Attorney for this District.

Exercising its discretionary authority to set deadlines under Rule 4 of the Rules Governing § 2254 Cases, which are applicable to petitions filed under § 2241, *Maniar v. Warden Pine Prairie Corr. Ctr.*, 2018 WL 4869383, at *1 (W.D. La. May 2, 2018), the Court **ORDERS** Respondents to file a responsive pleading within FOURTEEN (14) days of the receipt of this Memorandum Order.

Petitioner **MAY** file a Reply to such Response within FIVE (5) days of the filing of Respondents' brief.

---

[1] Rule 1(b) of the Rules Governing § 2254 Cases permits this Court to apply the Rules Governing § 2254 Cases to petitions under 28 U.S.C. § 2241. Rule 1(b), Rules Governing § 2254 Cases; *see Aguayo v. Harvey*, 476 F.3d 971, 976 (D.C. Cir. 2007).

It is **FURTHER ORDERED** that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's Permission while the Petition is pending adjudication. If Petitioner has already been removed or transferred from this district, it is ORDERED that Petitioner IS NOT to be removed or transferred again without this Court's permission.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 13, 2026
Richmond, Virginia