**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**OMAR LOXKLEY HUGH MILLER,**

Petitioner,

v. Civil Action No. **3:26CV1426 (RCY)**

**JEFFREY CRAWFORD, *et al.*,**

Respondents.

**ORDER**
**(Directing Corrected Response to 28 U.S.C. § 2241 Petition)**

This matter comes before the Court on Respondents' Notice (ECF No. 6), filed on November 24, 2026, wherein "Respondents submit that the factual and legal issues presented in the instant habeas petition do not differ in any material fashion from those presented in [*Tirado*] *Izarra v. Simon*, Civil Action No. 3:26-cv-148 (RCY), 2026 U.S. Dist. LEXIS 145288 (E.D. Va. June 30, 2026), and so request that the Court incorporate the briefing from that case and apply Respondents' arguments to the claims in the instant Petition. The Court disagrees. As the Petition reflects and Respondents themselves note, the Petitioner in this case has already received one bond hearing, *see* Not. 2 n.2, and so this case does not present a straightforward question regarding first-instance application of 8 U.S.C. § 1226(a) to formerly paroled immigration detainees. Rather, Petitioner raises due process claims regarding the duration and nature of his detention and an *Accrardi*-style claim regarding the procedures underpinning the revocation of his parole.

Accordingly, the Court again **ORDERS** Respondents to file a responsive pleading addressing the claims raised in the underlying Petition within SEVEN (7) days of the receipt of this Order. Petitioner **MAY** file a Reply to such Response within FIVE (5) days of the filing of Respondents' brief.

The injunctive relief previously ordered, *see* ECF No. 4, SHALL REMAIN IN EFFECT until the Petition is fully adjudicated.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 25, 2026
Richmond, Virginia